| | |
|---|---|
| SEYFARTH SHAW LLP<br>Joseph J. Orzano (SBN 262040)<br>jorzano@seyfarth.com<br>Seaport East, Two Seaport Lane, Suite 1200<br>Boston, Massachusetts 02210-2028<br>Telephone:  (617) 946-4800<br>Facsimile:   (617) 946-4801<br><br>Matthew C. Catalano (Pro Hac Vice)<br>mcatalano@seyfarth.com<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone:  (212) 218-5500<br>Facsimile:   (212) 218-5526<br><br>Attorneys for Defendants<br>SAKS & COMPANY, LLC, SAKS.COM LLC,<br>and SAKS OFF 5TH, LLC | ALMEIDA LAW GROUP LLC<br>Matthew J. Langley<br>matt@almeidalawgroup.com<br>849 W. Webster Avenue<br>Chicago, Illinois 60614<br>Telephone: (773) 554-9354<br><br>Attorneys for Plaintiffs<br>ALICE KYUNG JO, HELEN HERNANDEZ, and<br>EBONY HUGHES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALICE KYUNG JO, HELEN HERNANDEZ, and EBONY HUGHES, individually and on behalf of herself and all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>SAKS & COMPANY, LLC, SAKS.COM LLC, and SAKS OFF 5TH, LLC,<br><br>           Defendants. | Case No. 3:24-cv-06934-JCS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between Plaintiffs Alice Kyung Jo, Helen Hernandez, and Ebony Hughes, on the one hand (collectively, "Plaintiffs"), and Defendants Saks & Company LLC, Saks.com LLC, and Saks OFF 5TH LLC on the other hand (collectively, "Defendants," and, together with Plaintiffs, the "Parties"), through undersigned counsel, that this action is dismissed with prejudice as to all the named Plaintiffs and without prejudice as to all members of the alleged putative classes, with all parties to bear their own costs and fees, including but not limited to attorneys' fees.

STIPULATED AND AGREED:

DATED: June 4, 2025

PEIFFER WOLF CARR KANE CONWAY & WISE LLP

By: *Brandon M. Wise*
Brandon M. Wise

ALMEIDA LAW GROUP LLC

By: *Matthew J. Langley*
Matthew J. Langley

*Attorneys for Plaintiffs*

DATED: June 4, 2025

SEYFARTH SHAW LLP

By: *Joseph J. Orzano*
Joseph J. Orzano

*Attorneys for Defendants*